# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America, ) | |
| ) | **ORDER RE SUBSTITUTION OF** |
| Plaintiff, ) | **COUNSEL** |
| ) | |
| vs. ) | |
| ) | Case No.: 1:17-mj-257 |
| Jesus Maravilla-Briseno, ) | |
| ) | |
| Defendant. ) | |

Defendant made his initial appearance in the above-entitled action on August 28, 2017. The court, pursuant to 18 U.S.C. § 3006A, appointed attorney Susan A. Swanson to represent Defendant at his initial appearance and with the understanding that the Federal Public Defender for the District of North Dakota will represent Defendant in all future proceedings.

Accordingly, the court **GRANTS** Ms. Swanson leave to withdraw and appoints the Federal Public Defender for the District of North Dakota to represent the Defendant in this matter. The Defender's office is directed to file a Notice of Appearance designating the specific Assistant Federal Public Defender who will appear as counsel of record in the case.

**IT IS SO ORDERED.**

Dated this 28th day of August, 2017.

>   */s/ Charles S. Miller, Jr.*
>   Charles S. Miller, Jr., Magistrate Judge
>   United States District Court